**Order filed September 14, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00651-CV
_____

### GULF COPPER & MANUFACTURING CORPORATION, Appellant

### V.

### AXON RIG CONCEPT & DESIGN, INC., Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-63456**

## ORDER

On April 27, 2017, this court abated this appeal because appellee/cross-appellant Axon Rig Concept & Design, LLC, formerly known as Axon Rig Concept & Design, Inc., petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 17-32332. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on November 17, 2020. The parties did not advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.